# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOSEPH PARROTT, SR.,

    Plaintiff,

v.   Case No. 3:20-cv-168-J-32JRK

THOMAS C. SAITTIA, ANDREI LANCU, and FRED D. FRANKLIN, JR.,

    Defendants.

## O R D E R

This case is before the Court on Plaintiff Joseph Parrott, Sr.'s Motion to Proceed In Forma Pauperis (Doc. 2). On June 5, 2020, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 11) recommending that the case be dismissed for failure to state a claim upon which relief may be granted. On July 8, 2020, Mr. Parrott filed objections to the Report and Recommendation. (Doc. 15). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 11), it is hereby

**ORDERED:**

1. The Objections (Doc. 15) to the Report and Recommendation (Doc. 11) are **OVERRULED**. If Plaintiff has a complaint about the way his lawyer handled his patent application, this suit is not the way to complain about it.

2. The Report and Recommendation of the Magistrate Judge (Doc. 11) is **ADOPTED** as the opinion of the Court.

3. The Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

4. This case is **DISMISSED** without prejudice.

5. The Clerk is directed to terminate all pending motions and to close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 1st day of December, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Mr. Joseph Parrott, Sr.
Pro se Plaintiff